UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SIMONE DICKSON and
ADVOCATES ESSENTIAL,

    Plaintiffs,

v.

ALHAGLE B. SECKA and
ALBANY FAMILY COURT,

    Defendants.

Civil Action No. TDC-23-0928

**ORDER**

Plaintiffs Simone Dickson and Advocates Essential have filed a Complaint alleging that Defendants Alhagle B. Secka and the Albany Family Court owe Dickson over $1 million for child and spousal support. Dickson did not pay the filing fee or file a Motion to Proceed In Forma Pauperis. For the reasons set forth below, the Complaint will be dismissed.

Federal courts are courts of limited jurisdiction, "constrained to exercise only the authority conferred by Article III of the Constitution and affirmatively granted by federal statute." *In re Bulldog Trucking, Inc.*, 147 F.3d 347, 352 (4th Cir. 1998). Because questions of subject matter jurisdiction relate to the court's power to hear the case, they must be resolved before the court can turn to the sufficiency or merits of a claim. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998). Federal courts have original jurisdiction over civil cases, with some exceptions not relevant here, only in two instances: (1) under federal question jurisdiction, where the case involves an issue of federal law, *see* 28 U.S.C. § 1331 (2018); or (2) under diversity jurisdiction,

where the parties in the case are citizens of different states and the amount in controversy exceeds $75,000, *see* 28 U.S.C. § 1332.

Here, the claims appear to relate to Dickson's separation from Secka, her ex-husband, and the related proceedings in the Albany, New York Family Court. Dickson does not allege any federal cause of action. As for diversity jurisdiction, the Complaint states that one of the plaintiffs, Advocates Essential, is incorporated under the laws of New York, which makes it a citizen of New York. The Complaint also states that Secka is a citizen of New York, and the Albany Family Court is plainly a citizen of New York. Because a plaintiff and a defendant are citizens of the same state, complete diversity does not exist, and diversity jurisdiction does not apply to this case.

Accordingly, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. The Clerk is directed to close this case and to mail a copy of this Order to Dickson.

Date: September 5, 2023

THEODORE D. CHUANG
United States District Judge